TUCKER ELLIS LLP
Mollie F. Benedict SBN 187084
mollie.benedict@tuckerellis.com
Joshua J. Wes SBN 238541
joshua.wes@tuckerellis.com
Nicholas Janizeh SBN 307816
nicholas.janizeh@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:     213.430.3409

Attorneys for Defendants
ETHICON, INC. and
JOHNSON & JOHNSON

NAPOLI SHKOLNIK PLLC
Wendy A. Mitchell SBN 158553
wamitchell@napolilaw.com
400 Continental Blvd., 6th Floor
El Segundo, CA 90245
Telephone: 212.397.1000
Facsimile:  646.843.7603

Attorney for Plaintiffs
MICHELLE KLINKER AND DAVID KLINKER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE KLINKER and DAVID KLINKER, <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON and ETHICON, INC., <br><br> Defendants. | Case No. 2:21-cv-00817-TLN-KJN <br><br> **STIPULATION REGARDING CERTAIN DISCOVERY AND PLEADING MATTERS; ORDER** <br><br> Judge: Hon. Troy L. Nunley |

Plaintiffs Michelle and David Klinker ("Plaintiffs"), and Defendants Ethicon, Inc. and Johnson and Johnson (collectively, "Ethicon"), by and through their respective counsel, stipulate and agree as follows:

**PROCEDURAL HISTORY:**

1. This case was previously part of pelvic mesh multidistrict litigation, first in MDL 2325 involving American Medical Systems, and then transferred to MDL 2327 regarding Ethicon products. While in the MDL proceedings, substantial discovery was completed, including the exchange of written information, disclosures of experts, and depositions of the parties, medical treaters and experts.

///

///

2. After transfer to MDL 2327, this case was assigned to Wave 9, and Court-ordered deadlines included the May 20, 2019 close of discovery, and the June 3, 2019 deadline for filing dispositive and *Daubert* motions.

3. Pursuant to MDL 2327 Pretrial Order # 315 entered in on August 27, 2018, as amended by Pretrial Order # 316 (A)(4)(d), entered on April 12, 2019, the parties caused to be filed a joint stipulation on April 12, 2019, reserving the right for Ethicon to take the depositions of David Klinker and Cindy Hinds at any time prior to trial. (Doc. 041)

4. On May 31, 2019, Ethicon filed a Motion for Partial Summary Judgment (Docs. 042 and 043) and a Motion to Exclude the Case-Specific Opinions of Plaintiffs' Expert Bruce Pastner, M.D. (Doc 044) in MDL 2327. The MDL Court did not rule on these motions.

5. On July 12, 2019, Ethicon took the deposition of Plaintiffs' Case-Specific Expert Bruce Pastner, M.D.

6. Plaintiff Michelle Klinker was previously in a settlement group but has decided not to participate in the settlement.

**STIPULATIONS:**

7. Due to the history of this case in the MDL proceedings and the discovery exchanged there, the parties stipulate that no additional factual or expert discovery, including any expert disclosures, are to be conducted in this matter except for such discovery referenced in paragraph 3, s*upra*, and subject to the provisions of paragraph 9, i*nfra*.

8. So that the pending motions can be revised to bring them into compliance with applicable Local Rules and updated based on pertinent case law and discovery conducted after the filing of said motions on May 31, 2019, Ethicon's Motion for Partial Summary Judgment and Motion to Exclude the Case-Specific Opinions of Plaintiffs' Expert Bruce Pastner, M.D., are withdrawn and they shall be refiled within 30 days of entry of this Stipulated Order. The Plaintiffs will then have 30 days to respond to the motion. Ethicon will then have 14 days to reply.

9. The parties reserve determination of whether Ethicon shall be allowed supplemental discovery of plaintiff Michelle Klinker's medical treatment and condition subsequent to

her deposition of December 12, 2018. In the event that Ethicon's renewed motions are not dispositive of this action, the parties will meet and confer in an effort to resolve what additional discovery, if any, shall be permitted. If the parties are unable to reach agreement on this issue, Ethicon shall seek leave of court for the discovery by noticed motion, which may be opposed by Plaintiffs.

DATED: September 23, 2021                NAPOLI SHKOLNIK PLLC


By: /s/ *Wendy A. Mitchell (as authorized on September 23, 2021)*
    Wendy A. Mitchell
    Attorney for Plaintiffs,
    MICHELLE KLINKER
    and DAVID KLINKER


DATED: September 23, 2021                TUCKER ELLIS LLP


By: /s/ *Joshua J. Wes*
    Joshua J. Wes
    Attorneys for Defendants
    ETHICON, INC. and
    JOHNSON & JOHNSON

**ORDER**

Pursuant to stipulation, **IT IS SO ORDERED.**

DATED: September 23, 2021

_____
Troy L. Nunley
United States District Judge