**NAPOLI SHKOLNIK PLLC**
Wendy A. Mitchell (SBN 158553)
wamitchell@napolilaw.com
400 Continental Blvd., 6th Floor
El Segundo, CA 90245
Telephone:  212.397.1000
Facsimile:  646.843.7603

*Attorney for Plaintiffs*
*MICHELLE KLINKER and*
*DAVID KLINKER*

**TUCKER ELLIS LLP**
Mollie F. Benedict (SBN 187084)
mollie.benedict@tuckerellis.com
Joshua J. Wes (SBN 238541)
joshua.wes@tuckerellis.com
Nicholas Janizeh (SBN 307816)
nicholas.janizeh@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:       213.430.3400
Facsimile:        213.430.3409

*Attorneys for Defendants*
*ETHICON, INC. and*
*JOHNSON & JOHNSON*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE KLINKER and DAVID KLINKER, | Case No. 2:21-cv-00817-TLN-KJN |
| Plaintiffs, | **STIPULATION AND ORDER RESETTING BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION TO EXCLUDE THE CASE-SPECIFIC OPINIONS OF PLAINITIFFS' EXPERT AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| JOHNSON & JOHNSON and ETHICON, INC., | |
| Defendants. | |
| | Judge: Hon. Troy L. Nunley |

Plaintiffs Michelle and David Klinker ("Plaintiffs"), and Defendants Ethicon, Inc. and Johnson and Johnson (collectively, "Ethicon"), by and through their respective counsel, stipulate and agree as follows:

1. Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Docket No. 10) and Motion to Exclude the Case-Specific Opinions of Plaintiff's Expert Bruce Pastner, M.D. (Docket No. 11) is due to be filed on or before **December 17, 2021.**

2. Defendants' Reply in Support of its Motion for Summary Judgment (Docket No. 10) and Motion to Exclude the Case-Specific Opinions of Plaintiff's Expert Bruce Pastner, M.D. (Docket No. 11) is due to be filed on or before **January 14, 2021.**

3. The Hearing on this matter is reset to **January 27, 2022, at 2:00 PM.**

This is the first request for an extension of time regarding these matters.

STIPULATION AND ORDER SETTING BRIEFING AND HEARING SCHEDULE

DATED:  November 18, 2021                                NAPOLI SHKOLNIK PLLC


                                                         By: /s/ Wendy A. Mitchell
                                                             Wendy A. Mitchell
                                                             Attorney for Plaintiffs,
                                                             MICHELLE KLINKER
                                                             and DAVID KLINKER


DATED:  November 18, 2021                                TUCKER ELLIS LLP


                                                         By: /s/ Joshua J. Wes
                                                             Joshua J. Wes
                                                             Attorneys for Defendants
                                                             ETHICON, INC. and
                                                             JOHNSON & JOHNSON

**ORDER**

Pursuant to stipulation, **IT IS SO ORDERED.**

DATED: November 19, 2021

_____
Troy L. Nunley
United States District Judge