**NAPOLI SHKOLNIK PLLC**
Wendy A. Mitchell (SBN 158553)
wamitchell@napolilaw.com
400 Continental Blvd., 6th Floor
El Segundo, CA 90245
Telephone:  212.397.1000
Facsimile:  646.843.7603

*Attorney for Plaintiffs*
*MICHELLE KLINKER and*
*DAVID KLINKER*

**TUCKER ELLIS LLP**
Mollie F. Benedict (SBN 187084)
mollie.benedict@tuckerellis.com
Joshua J. Wes (SBN 238541)
joshua.wes@tuckerellis.com
Nicholas Janizeh (SBN 307816)
nicholas.janizeh@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:      213.430.3400
Facsimile:      213.430.3409

*Attorneys for Defendants*
*ETHICON, INC. and*
*JOHNSON & JOHNSON*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE KLINKER and DAVID KLINKER, | ) Case No. 2:21-cv-00817-TLN-KJN |
| Plaintiffs, | ) **STIPULATION AND ORDER RESETTING** |
| | ) **BRIEFING AND HEARING SCHEDULE** |
| v. | ) **FOR DEFENDANTS' MOTION TO** |
| | ) **EXCLUDE THE CASE-SPECIFIC** |
| JOHNSON & JOHNSON and ETHICON, INC., | ) **OPINIONS OF PLAINITIFFS' EXPERT** |
| | ) **AND DEFENDANTS' MOTION FOR** |
| Defendants. | ) **SUMMARY JUDGMENT** |
| | Judge: Hon. Troy L. Nunley |

Plaintiffs Michelle and David Klinker ("Plaintiffs"), and Defendants Ethicon, Inc. and Johnson and Johnson (collectively, "Ethicon"), by and through their respective counsel, stipulate and agree as follows:

1.  Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Docket No. 10) and Motion to Exclude the Case-Specific Opinions of Plaintiff's Expert Bruce Pastner, M.D. (Docket No. 11) is due to be filed on or before **January 13, 2022.**

2.  Defendants' Reply in Support of its Motion for Summary Judgment (Docket No. 10) and Motion to Exclude the Case-Specific Opinions of Plaintiff's Expert Bruce Pastner, M.D. (Docket No. 11) is due to be filed on or before **February 15, 2022.**

3.  The Hearing on this matter is reset to **February 24, 2022 at 2:00 p.m.**

This is the second request for an extension of time regarding these matters.

DATED:  December 16, 2021                    NAPOLI SHKOLNIK PLLC


By: /s/ Wendy A. Mitchell
Wendy A. Mitchell
Attorney for Plaintiffs,
MICHELLE KLINKER
and DAVID KLINKER


DATED:  December 16, 2021                    TUCKER ELLIS LLP


By:  /s/ Joshua J. Wes
Joshua J. Wes
Attorneys for Defendants
ETHICON, INC. and
JOHNSON & JOHNSON

2

STIPULATION and ORDER RESETTING BRIEFING AND HEARING SCHEDULE

**ORDER**

Pursuant to stipulation, **IT IS SO ORDERED.**

DATED:  December 17, 2021

_____
Troy L. Nunley
United States District Judge

STIPULATION and ORDER RESETTING BRIEFING AND HEARING SCHEDULE