**NAPOLI SHKOLNIK PLLC**
Wendy A. Mitchell (SBN 158553)
wamitchell@napolilaw.com
400 Continental Blvd., 6th Floor
El Segundo, CA 90245
Telephone:  212.397.1000
Facsimile:   646.843.7603

*Attorney for Plaintiffs*
*MICHELLE KLINKER and*
*DAVID KLINKER*

**TUCKER ELLIS LLP**
Mollie F. Benedict (SBN 187084)
mollie.benedict@tuckerellis.com
Joshua J. Wes (SBN 238541)
joshua.wes@tuckerellis.com
Nicholas Janizeh (SBN 307816)
nicholas.janizeh@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:         213.430.3400
Facsimile:          213.430.3409

*Attorneys for Defendants*
*ETHICON, INC. and*
*JOHNSON & JOHNSON*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE KLINKER and DAVID KLINKER, <br><br>Plaintiffs, <br><br>v. <br><br>JOHNSON & JOHNSON and ETHICON, INC., <br><br>Defendants. | Case No. 2:21-cv-00817-TLN-KJN <br><br>**STIPULATION AMENDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO EXCLUDE THE CASE-SPECIFIC OPINIONS OF PLAINITIFFS' EXPERT AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br>Judge: Hon. Troy L. Nunley |

Plaintiffs Michelle and David Klinker ("Plaintiffs"), and Defendants Ethicon, Inc. and Johnson and Johnson (collectively, "Ethicon"), by and through their respective counsel, stipulate and agree as follows:

1. Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Docket No. 10) and Motion to Exclude the Case-Specific Opinions of Plaintiff's Expert Bruce Pastner, M.D. (Docket No. 11) is due to be filed on or before **January 14, 2022.**

2. Defendants' Reply in Support of its Motion for Summary Judgment (Docket No. 10) and Motion to Exclude the Case-Specific Opinions of Plaintiff's Expert Bruce Pastner, M.D. (Docket No. 11) is due to be filed on or before **February 16, 2022.**

3. The Hearing on this matter remains set for **February 24, 2022 at 2:00 P.M.**

This is the third request for an extension of time regarding these matters.

STIPULATION SETTING BRIEFING AND HEARING SCHEDULE

DATED: January 13, 2022                    NAPOLI SHKOLNIK PLLC


                                            By: /s/ Wendy A. Mitchell
                                                Wendy A. Mitchell
                                                Attorney for Plaintiffs,
                                                MICHELLE KLINKER
                                                and DAVID KLINKER


DATED: January 13, 2022                    TUCKER ELLIS LLP


                                            By: /s/ Joshua J. Wes
                                                Joshua J. Wes
                                                Attorneys for Defendants
                                                ETHICON, INC. and
                                                JOHNSON & JOHNSON

**ORDER**

Pursuant to stipulation, **IT IS SO ORDERED.**

DATED: January 13, 2022

_____
Troy L. Nunley
United States District Judge